# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0649

VERSUS

SPENCER WILL HENRY

**SEPTEMBER 23, 2024**

---

In Re:   Spencer Will Henry, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Ascension, No. 7367.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT